# MOTION DOCKET

**93–1182.** State v. Jacot. *Wayne County,* No. 2747. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**93–1643.** Scott v. Yates. *Ross County,* No. 92CA001917. On motion for leave to supplement brief. Motion granted.

**93–1965.** State ex rel. Hopkins v. Indus. Comm. *Franklin County,* No. 92AP–1592. On request for oral argument. Request denied.

**94–67.** State v. French. *Clark County,* No. 3004. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**94–138.** Clark–Rubin v. Ohio State Univ. Hosp., Inc. *Franklin County,* No. 93AP–342. On motion for leave to file notice of appeal instanter. Motion denied.

PFEIFER, J., dissents.

**94–394.** State v. Foti. *Cuyahoga County,* No. 64238. On motion for leave to file delayed appeal. Motion granted.

**94–398.** Trademark Homes v. Avon Lake Zoning Bd. of Appeals. *Lorain County,* No. 93CA005622. On motion for leave to withdraw as counsel. Motion granted.

**94–409.** Scioto Mem. Hosp. Assn., Inc. v. Price Waterhouse & Co. *Franklin County,* No. 90AP–1124. On motions for leave to file *amicus* of American Institute of Certified Public Accountants and Ohio Society of Certified Public Accountants. Motions granted.

**94–420.** In re Estate of Lovejoy. *Cuyahoga County,* No. 65317. On motion for leave to file notice of appeal instanter. Motion granted.

**94–438.** State v. Golden. *Stark County,* No. CA–6727. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–443.** Poff–Borton v. Poff. *Wayne County,* No. 2771. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**94–458.** McNutt v. Ross Bros. Constr. Co. *Stark County,* No. CA–9317. On motion for leave to file memorandum in support instanter. Motion granted.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.